

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUDREY GLADITSCH,

    Plaintiff,

vs.

NEO@OGILVY, OGILVY & MATHER,
ADDAM BERGER, and DAVID
RITTENHOUSE,

    Defendants.

11 Civ. 0919 (DAB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above captioned action is hereby dismissed with prejudice and without costs or fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 28, 2012
      New York, New York

STOLL, GLICKMAN & BELLINA, LLP

_____
Christopher Q. Davis
(cdavis@stollglickman.com)
475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11317
(718) 852-3710

*Attorneys for Plaintiff Audrey Gladitsch*

DAVIS & GILBERT LLP

_____
Howard J. Rubin (hrubin@dglaw.com)
Jennifer Tafet Klausner (jklausner@dglaw.com)
1740 Broadway
New York, NY 10019
(212) 468-4800

*Attorneys for Defendants Neo@Ogilvy, Ogilvy & Mather, David Rittenhouse, and Addam Berger*

SO ORDERED:

_____
The Honorable Deborah A. Batts     1/3/13
United States District Judge